Order entered October 10 , 2012



In The
# Court of Appeals
## Fifth District of Texas at Dallas

---

### No. 05-12-00049-CR

**JOHN GERARD QUINN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-81971-09**

---

## ORDER

The Court **GRANTS** appellant's October 5, 2012 motion to extend time to file his brief.

We **ORDER** the appellant's brief received on October 5, 2012 filed as of the date of this order.


DAVID L. BRIDGES
JUSTICE